**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAUL SINGH and SANDEEP SINGH, individually and on behalf of all others similarly situated, | ) ) ) Case No. 23-cv-375 ) |
| Plaintiffs, | ) Judge Sharon Johnson Coleman ) ) Magistrate Judge Maria Valdez |
| v. | ) ) |
| PAYWARD, INC., d/b/a KRAKEN, | ) ) |
| Defendant. | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to FRCP 41(A)(1), Plaintiffs hereby dismiss this action, without prejudice.

Respectfully submitted,

s/*Michael L. Fradin*
Michael L. Fradin
Fradin Law, LLC
mike@fradinlaw.com
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
P: 847-986-5889/F: 847-673-1228

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was served upon all counsel of record on March 19, 2023 via this Court's ECF filing system.

    Respectfully submitted,

    s/*Michael L. Fradin*